## No. 14,872.

SCHMOYER *v.* CITY AND COUNTY OF DENVER ET AL.
(107 P. [2d] 1046)

Decided November 12, 1940.   Rehearing denied November 25, 1940.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Francis E. Bouck and Mr. Justice Young not participating.

Mr. JOHN F. MUELLER, Mr. TELLER AMMONS, Mr. AL. HANSEN, for plaintiff in error.

Mr. MALCOLM LINDSEY, Mr. E. L. FUNDINGSLAND, for defendants in error.